UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **QUAYLAIN BROWN** | **CASE NO.  6:24-CV-01494** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CITY OF ABBEVILLE ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

By Order of August 24, 2025, this Court directed the parties to file simultaneous briefs addressing the status of defendant Shawna Miguez's ("Miguez") underlying state criminal prosecution. (Rec. Doc. 40). The parties timely filed all requested briefs. (Rec. Docs. 41, 42).

Review of Defendants' brief indicates that Miguez's state criminal prosecution remains pending in the 15th Judicial District Court for Vermilion Parish, Louisiana. (Rec. Doc. 42 at p. 2). For this reason, the parties agree that a stay is warranted to avoid potential prejudice to Miguez in her defense of those criminal charges.

Looking to the factors courts should consider when determining whether a civil action should be stayed, this Court finds that (1) Plaintiff's allegations in this case overlap substantially, if not completely, with the conduct alleged in Miguez's indictment; (2) Miguez's criminal prosecution is ongoing as of the date of this Order; (3) Plaintiff agrees that a stay is proper as long as Miguez's criminal prosecution remains ongoing; (4) defense of the claims asserted in the instant civil matter would present an undue burden on Miguez at this time and might prejudice Miguez's criminal defense; and (5) the public's interest is well served by permitting the orderly disposition of Miguez's criminal prosecution prior to litigation of any potential civil liability based on the same conduct. *Brown v. Stalder*, 2025 WL 2004687 at 2 (M.D. La. July 17, 2025) (slip copy) (citing *Alcala v. Texas Webb County*, 625 F. Supp. 2d 391, 398–99 (S.D. Tex. 2009)). Considering the foregoing, it is hereby

ORDERED that the instant civil action is STAYED pending resolution of the underlying criminal prosecution as to defendant Shawna Miguez.  It is further

ORDERED that the parties will promptly file an appropriate motion to lift the stay upon the conclusion of this underlying criminal prosecution.

SO ORDERED at Lafayette, Louisiana this 12th day of September, 2025.

_____
**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**