**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| QUAYLAIN BROWN | CIVIL ACTION NO. 24-1494 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CITY OF ABBEVILLE, ET AL. | MAGISTRATE JUDGE AYO |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Michael Hardy's ("Hardy") Re-Urged Motion to Dismiss for Failure to State a Claim (Record Document 47) is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** insofar as it seeks to dismiss all individual and official capacity claims by Plaintiff Quaylain Brown ("Brown") against Hardy under the LEDL, LHRA, the Fourth, Fifth, and Fourteenth Amendments via 42 U.S.C. § 1983, and for intentional infliction of emotional distress and civil conspiracy under Louisiana law. Hardy's Motion is **DENIED AS MOOT** as to claims against him under Title VII of the Civil Rights Act of 1964 and for punitive damages under article 2315.11 of the Louisiana Civil Code.

**IT IS FURTHER ORDERED** that Defendant City of Abbeville's Re-Urged Partial Motion to Dismiss (Record Document 48) is **GRANTED**. All claims against the City of Abbeville under the LHRA, the Fourth, Fifth, and Fourteenth Amendments via 42 U.S.C.

§ 1983, and for intentional infliction of emotional distress and civil conspiracy under Louisiana law are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Brown's claims against the City under Title VII of the Civil Rights Act of 1964, the LEDL, and for vicarious liability are preserved at this stage for further proceedings as may be appropriate.

**IT IS FURTHER ORDERED** that Defendant Shawna Miguez's ("Miguez") Re-Urged Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief can be Granted (Record Document 51) is **GRANTED**. All claims by Brown against Miguez under the LEDL, the LHRA, for punitive damages based on assault and battery, for damages under Article 2315.11 in Miguez's official capacity, and under the Fourth, Fifth, and Fourteenth Amendments via 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Brown's claims against Miguez in her individual capacity under Louisiana tort law for assault and battery and for damages under Article 2315.11 in her individual capacity are preserved at this stage for further proceedings as may be appropriate.

**IT IS FURTHER ORDERED** that the Re-Urged Motion to Dismiss Penalty, Punitive, or Exemplary Damages (Record Document 49) filed by the City of Abbeville and Hardy is **GRANTED**. As a result, any claims for punitive damages against the City of Abbeville and Hardy are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 5th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE